**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-26704-CIV-DAMIAN**

**IURII POLONIKOV,**

Petitioner,

v.

**KROME NORTH SERVICE PROCESSING CENTER**,

Respondent.
_______________________________________/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon the Parties' Joint Stipulation for Order of Dismissal Pursuant to Petitioner's Motion to Dismiss, filed November 13, 2026. [ECF No. 9 (the "Stipulation")].

THE COURT, having reviewed the Stipulation and Motion to Dismiss [ECF No. 7] and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Petitioner's Petition for Writ of Habeas Corpus **[ECF No. 1]** is **DISMISSED WITHOUT PREJUDICE**. Any pending motions are **DENIED AS MOOT**. Any previously set deadlines and hearings are **TERMINATED**.

The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 17th day of November, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**